# SPECIAL ORDERS

*Order Entered September 21, 1994:*

PEOPLE v STEWART, Docket No. 139830. Reported at 206 Mich App 662. The Judges of this Court having been polled pursuant to Administrative Order No. 1994-4, and the result of the poll being twenty-three Judges in opposition to convening a special panel, and one Judge in favor, it is ordered that a special panel shall not be convened.

*Order Entered October 25, 1994:*

LAURY v GENERAL MOTORS CORPORATION (ON REMAND, ON REHEARING), Docket No. 157662. Reported *ante,* 249. The Judges of this Court having been polled pursuant to Administrative Order No. 1994-4, and the result of the poll being that fifteen Judges opposed convening a special panel, seven Judges were in favor, and one abstained, it is ordered that a special panel shall not be convened.

*Order Entered November 3, 1994:*

WILLIAMS v REDFORD TOWNSHIP, Docket No. 154658 and MOCERI v CANTON CHARTER TOWNSHIP, Docket No. 155596. The Court ORDERS that a special panel shall be convened pursuant to Administrative Order No. 1994-4 to resolve the conflict between these cases and *Listanski v Canton Twp,* 206 Mich App 356 (1994).

The Court further ORDERS that the opinions in these cases, released on October 20, 1994, are hereby VACATED.

The appellants may file supplemental briefs within 28 days of the Clerk 's certification of this order. Appellees may file supplemental briefs within 21 days of service of appellants' briefs. Nine copies must be filed with the Clerk of the Court.

The Court ORDERS these cases CONSOLIDATED for the efficient administration of this Court.